680 A.2d 1157

**COMMONWEALTH of Pennsylvania, Respondent,**

**v.**

**Angel SANCHEZ, Petitioner.**

**COMMONWEALTH of Pennsylvania, Respondent,**

**v.**

**J.J. BRICENO–RODRIGUEZ, Petitioner.**

**COMMONWEALTH of Pennsylvania, Respondent,**

**v.**

**Maria RIVERA, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 27, 1996.

Lawrence J. Hracho, Reading, for Angel Sanchez.

Emmanuel H. Dimitriou, Reading, for J.J. Briceno–Rodriguez.

David R. Dautrich, Reading, for Maria Rivera.

## *ORDER*

PER CURIAM:

AND NOW, this 27th day of August, 1996, the Petitions for Allowance of Appeal are GRANTED, limited to the issue of whether the legality of a canine sniff conducted in California should be evaluated under California law or Pennsylvania law. These matters are consolidated for appeal pursuant to Pa. R.A.P. 513. This case is to be orally argued.